IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JEREMIAH DELEON and ERIN FORSHA, as Next Friend of B.F., A Minor, § § § | | |
| Plaintiffs, § § | | |
| v. § | Civil Action No. 7:16-cv-00038-O | |
| § | | |
| JAY DEE CANTRELL et al., § § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 32). No objections were filed, and the Magistrate's recommendation is now ripe for review. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and are accepted as the Findings and Conclusions of the Court.

Because Plaintiff has timely filed an amended complaint as allowed by the recommendation, Defendants' Motion to Dismiss (ECF No. 8) is **DENIED as moot**. This action will now proceed on the amended complaint (ECF No. 35).

**SO ORDERED** on this **5th day** of **May, 2017.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE