IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JEREMIAH DELEON and BRENNAN FORSHA, § § § Plaintiffs, § § v. § § JAY DEE CANTRELL, § § Defendants. § | Civil Action No. 7:16-cv-00038-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 69). No objections were filed, and the Magistrate's recommendation is now ripe for review. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and are accepted as the findings and conclusions of the Court. Accordingly, the Court finds that Plaintiffs' Motion for Default Judgment (ECF No. 62) should be and is hereby **GRANTED**. A Final Judgment will be issued separately.

**SO ORDERED** on this **16th day** of **November, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE